It appearing to the court that the opinion filed herein on August 13, 1999, erroneously stated on page six that the judgmentof the trial court is Reversed and Remanded for furtherproceedings, shall be corrected to read as follows:
judgment of the trial court is Affirmed.
This correction does not change or have any effect on the opinion or final entry.
The Clerk of the Court of Appeals is hereby ordered to replace page six of said opinion with the corrected page attached hereto.
SO ORDERED.
 __________________________________ JAMES A. BROGAN, Judge
 _______________________________ MIKE FAIN, Judge
 __________________________________ THOMAS J. GRADY, Judge
Copies mailed to:
Johnna M. Shia, Assistant Prosecuting Attorney, Appellate Division.
Arvin S. Miller, Assistant Public Defender.
Hon. Mary Donovan, Judge-Common Pleas Court.